

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00057-CV

_____

NIZAR RASHID,

                                           **Appellant**

 v.

TRUSTREET PROPERTIES, MOTEL ENTERPRISES,
FOOD SERVICE HOLDINGS, LTD D/B/A
DAIRY QUEEN RESTAURANTS,
AND MARK SHACKLEFORD,

                                           **Appellees**

_____

### From the 278th District Court
### Walker County, Texas
### Trial Court No. 23,587

_____

## MEMORANDUM  OPINION

_____

Appellee, Food Service Holdings, Ltd. d/b/a Dairy Queen Restaurants, has notified this Court of its bankruptcy petition filed on March 1, 2012.  *See* TEX. R. APP. P. 8.1.  Further action in this appeal has been automatically stayed.  *See* 11 U.S.C. § 362.

For administrative purposes, this appeal is suspended and will be treated as closed unless reinstated on a proper motion.  TEX. R. APP. P. 8.2.  It may be reinstated on

motion of any party showing that the stay has been lifted or modified and specifying what action, if any, is required from this Court upon reinstatement of the appeal. TEX. R. APP. P. 8.3.

The reporting requirement of Local Rule 17 is suspended. 10TH TEX. APP. (WACO) LOC. R. 17.

The Clerk of this Court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.


AL SCOGGINS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal Suspended
Opinion delivered and filed March 28, 2012
[CV06]